# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAUL P. O'CONNOR,**
Appellant,

v.

**DIANE DRZIK-O'CONNOR,**
Appellee.

No. 4D18-570

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Catherine M. Brunson, Judge; L.T. Case No. 50-2015-DR-004219-XXXX-MB.

Brian M. Moskowitz of Law Offices of Brian M. Moskowitz, Boca Raton, for appellant.

Steven Cripps of Law Offices of Orsley & Cripps, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***